JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP H BOULDEN, et al., | Case No. EDCV 11-01110 VAP (DTBx) |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| AURORA LOAN SERVICES LLC, et al., | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: April 30, 2012

_____
VIRGINIA A. PHILLIPS
United States District Judge